## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMBER OLWEILER, et al.** | **:** | **CIVIL ACTION** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **PORTFOLIO RECOVERY** | **:** | |
| **ASSOCIATED, LLC** | **:** | **NO. 10-6904** |
| | **:** | |

### <u>ORDER</u>

**AND NOW,** this 14ᵗʰ  day of April, 2011, it having been reported that the issues between the

parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b),

it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement

of counsel without costs.


                                        **BY THE COURT:**

                                        **/s/ Mitchell S. Goldberg**
                                        _____
                                        **Mitchell S. Goldberg, J.**